**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ORNUA FOODS NORTH AMERICA, INC., and
ORNUA CO-OPERATIVE LIMITED,

                       Plaintiff,

    -against-                                       23 **CIVIL** 1212 (JGLC)

## **JUDGMENT**

ABBEY SPECIALTY FOODS, LLC,

                       Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2024 and Memo Endorsed dated October 23, 2024, Abbey's motion for summary judgment is GRANTED. At Plaintiffs' request, Plaintiffs' claim under New York law for trademark dilution is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Accordingly, the case is closed.

**Dated:** New York, New York

      October 24, 2024

                                                    **DANIEL ORTIZ**
                                           **Acting Clerk of Court**

                           **BY:**
                                           **Deputy Clerk**